IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED

2017 DEC 14  PM 2: 37

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Robert L. Perry, a/k/a
King D,
Plaintiff

-vs-

Megan J. Brennan,
Postmaster General
United States Postal Service
Eastern Area
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 1:17 CV 2604

JUDGE _JUDGE OLIVER_

COMPLAINT

Plantiff is filling a motion for right to sue
for past & present complaints through the
EEOC process dating back from
Agency No IC-4XF-OAC-07

the complainont request Attorney fees pursuant
the Equal Access to Justice Act Title VII,
Addition the plaintiff may be allowed recovery fees
for the proceeding under the ADEA in a minimum
amount of time with authorization.
WHEREFORE plantiff having no funds for attorney fees
and the complexity of this case needs the assistance
the assistance to have an equal field with this
government agency under these special circumstances
(and is entitled to all rights & privileges under these
guidelines.
the complainont request EEOC to immediately prepare
and assemble this request to avoid any hardships
delays,